UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FELICHA JANOSKI,**

                                        Case No.: 5:13-cv588-DC-22PRL

    **Plaintiff,**

v.

**ASPEN DENTAL MANAGEMENT, INC.,**

    **Defendant.**
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff FELICHA JANOSKI and Defendant ASPEN DENTAL MANAGEMENT, INC., by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendant in the above-captioned action, all claims be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements.

DATED: this 3rd day of February, 2015.

| | |
|---|---|
| MARIE A. MATTOX, P.A.<br>310 East Bradford Road<br>Tallahassee, FL 32303<br>Telephone: (850) 383-4800<br>Facsimile: (850) 383-4801 | LITTLER MENDELSON, P.C.<br>111 North Magnolia Avenue<br>Suite 1250<br>Orlando, Florida 32801<br>Telephone: 407.393.2900<br>Facsimile: 407.393.2929 |
| */s/ Tiffany Cruz*<br>Marie A. Mattox, Esquire<br>Florida Bar No.: 0739685<br>Email: marie@mattoxlaw.com | */s/ Jason M. Leo*<br>Anthony J. Hall, Esquire<br>Florida Bar No.: 0040924<br>Email: ajhall@littler.com |

| | |
|---|---|
| Tiffany Cruz, Esq.<br>Florida Bar No.: 90986<br>Email: tiffanyc@mattoxlaw.com | Jason M. Leo, Esquire<br>Florida Bar No.: 0059767<br>Email: jleo@littler.com |
| Attorney for Plaintiff<br>FELICHA JANOSKI | Attorneys for Defendant<br>ASPEN DENTAL MANAGEMENT, INC. |

Firmwide:128950847.1 058441.1067